JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 595 -- In re Diversified Energy Corp. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/16 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS AND CERT. OF SVC. -- First City National Bank of Midland   SUGGESTED TRANSFEREE DISTRICT: W.D. Texas,   SUGGESTED TRANSFEREE JUDGE:   (emh) |
| 84/04/26 | | APPEARANCES -- THOMAS A. MASTERSON, ESQ. for George R. Baumgardner, et al.; CHRISTOPHER BURTON, ESQ. for Falcon Construction, Inc., et al.; STEPHEN G. CROCKETT, ESQ. for Diversified Energy/Intermountain Capital and Private Drilling Fund 1981-A, et al.; CLAUDE F. BAILEY, ESQ. for Edward R. Van Vliet, et al.; JERRY G. THORN, ESQ. for Management Exchange Corp., Scott Warner, Byron Bracken, Diversified Energy Combined Capital Drilling Fund, 1981-A, DECO Private Drilling Fund, 1981-1 and DECO Private Drilling Fund, 1981-2; VICTOR G. GLESER, ESQ. for Greg Hilgemeir; PENTREX, INC. for Pentex, Inc.; RONALD P. DOUGLAS, ESQ. Ronald P. Douglas.   (ds) |
| 84/04/30 | | APPEARANCES -- Frank J. Allen, Esq. for Richard C. Landerman; B. Ray Zoll, Esq. for Arun Bidwai; Claud F. Bailey, Esq. for Lukins & Annis; R. Steven Chambers for Diversified Energy Corp., Gelder W. Lewis, Richard G. Jensen; Max Hendrick, III, Esq. for First City National Bank of Midland and Thomas W. Ellison; Roy G. Haslam, Esq. for Valley Bank and Trust. (rew) |
| 84/05/01 | 2 | RESPONSE -- Falcon Construction Co., et al. w/cert. of svc. (ds) |
| 84/05/01 | 3 | RESPONSE, BRIEF, NOTICE OF RELATED ACTIONS -- Washington and California pltfs. w/cert. of svc.  (ds) |
| 84/05/01 | 4 | RESPONSE -- New Jersey pltfs. w/cert. of svc.  (ds) |
| 84/05/03 | 5 | RESPONSE -- pltfs. Diversified Energy/Intermountain Capital Private Drilling Fund 1981-A, David J. Sunstrom and Stephan L. Ralston w/cert. of svc.  (ds) |
| 84/05/04 | 6 | REQUEST FOR EXTENSION OF TIME TO FILE A REPLY -- Filed by Movants w/svc.  -- EXTENSION GRANTED to and including May 15, °1984 to Movants.  Counsel was notified.  (ds) |
| 84/05/08 | | APPEARANCE:  CHRISTOPHER L. BURTON, ESQ. FOR deft. Clyde C. Pierce  (cds) |
| 84/05/11 | 7 | RESPONSE -- Management Exchange Corp., Deco Private Drilling Fund 1981-1, Deco Energy Private Drilling Fund, 1981-2, Diversified Energy/Combined Capital Private Drilling Fund 1981-A, Byron Bracken and Scott Warner -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 595 -- In re Diversified Energy Corp. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/05/14 | | APPEARANCE: STEPHEN G. CROCKETT, ESQ. for Intermountain Capital Management Corp. (cds) |
| 84/05/15 | 8 | REPLY/BRIEF -- First City National Bank of Midland -- w/Exhibits and cert. of svc. (emh) Also amends motion to include A-11 (cds) |
| 84/05/29 | 9 | RESPONSE -- Diversified Energy, Gelder W. Lewis and Richard G. Jensen -- w/cert. of service (cds) |
| 84/06/12 | 10 | AMENDMENT TO MOTION TO TRANSFER -- (to add A-11) -- w/BRIEF, *First City Nat'l Bank of Midland, Tx* EXHIBIT A, AND CERTIFICATE OF SERVICE (cds) |
| 84/06/25 | | HEARING ORDER -- Setting motion for transfer of A-1 - A-11 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/07/24 | | HEARING APPEARANCES: MAX HENDRICK, II, ESQ. for First City National Bank of Midland; JERRY G. THORN, ESQ. for Management Exchange Corp., Scott Warner, Byron Bracken, Diversified Energy Combined Capital, Drilling Fund, 1981-A, Deco Private Drilling Fund, 1981-1, Deco Private; Drilling Fund, 1981-2; CLAUDE BAILEY, ESQ. for Van Vliet, et al.; THOMAS A. MASTERSON, ESQ. for George R. Baumgardner, et al.; ~~THOMAS/A./MASTERSON//ESQ/ for/George/R./Baumgardner,/et/al~~ CHRISTOPHER L. BURTON, ESQ. for Falcon Construction, Inc.; Pierce Enterprises, Inc.; Gypsum Enterprises; STEPHEN G. CROCKETT, ESQ. for Diversified Energy/Intermountain; Captial Private Drilling Fund 1981-A, et al. WAIVERS OF ORAL ARGUMENT: Summit and Elizabeth Trust Co.; United Jersey Bank/Central; Arun V. Bidwai, et al.; Valley Bank & Trust Co. (rh) |
| 84/07/30 | 11 | LETTER -- signed by Thomas Masterson, counsel for Baumgardner, et al. -- w/copy of April 23, 1984 opinion filed in D. New Jersey re A-1 (cds) |
| 84/08/13 | | APPEARANCE: CARMAN E. KIPP, ESQ. for Third-Party Defts. Jon M. Jeppson and Matheson, Jeppson, Gardner & Sharp (cds) |
| 84/09/18 | | CONSENT OF TRANFEREE DISTRICT -- for assignment of litigation to Hon. Aldon J. Anderson (cds) |
| 84/09/18 | | TRANSFER ORDER -- transferring A-5 through A-11 to the District of Utah before the Honorable Aldon J. Anderson, this order also DENIES transfer of A-1 Baumgarder, et al. v. First City Nat'l Bank of Midland, Texas, et al.; D. N.J., #83-4631 -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND RECEPIENTS (cds) |

JPML FORM 1A  p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 595 -- In re Diversified Energy Corp. Securities Litigation

| Date | No. | Pleading Description |
|---|---|---|
| 86/02/03 | 12 | MOTION TO REMAND -- filed by First City National Bank of Midland -- seven actions A-5, A-6, A-7, A-8, A-9, A-10, A-11 -- Notified involved counsel (rh) |
| 86/02/14 | 13 | RESPONSE/BRIEF -- (to pldg. #12) Gregory Hilgemier -- w/cert. of svc. (rh) |
| 86/02/20 | | HEARING ORDER -- Setting motion to remand of A-5, A-6, A-7, A-8, A-9, A-10 and A-11 for Panel Hearing in San Francisco, CA on March 27, 1986 (rh) |
| 3/25/86 | | Waivers of Oral Argument for March 27, 1986 hearing in San Francisco, CA. |
| 86/04/14 | | REMAND ORDER -- remanding A-5 - A-10 actions being remanded to W.D. Texas and A-11 being remanded to E.D. California -- Notified involved counsel, judge and clerks (rh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 595 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DIVERSIFIED ENERGY CORP. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Sept. 18, 1984 | TO | Unpublished | D. Utah | Aldon J. Anderson | |

Special Transferee Information

DATE CLOSED: 7/21/86

JPML FORM 1      LISTING OF INVOLVED ACTIONS      Honorable Aldon J. Anderson
District of Utah

DOCKET NO. 595 -- In re Diversified Energy Corp. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George R. Baumgardner, et al. v. First City National Bank of Midland, Texas, et al. | D.N.J. Ackerman | 83-4631-A *Do Not Count* | | Denied transfer | 9/18/84 | |
| A-2 | Falcon Construction, Inc., et al. v. First City National Bank of Midland, et al. | D.Utah Winder | C84-0040A | | | 7/21/86 D | |
| A-3 | Diversified Energy/Intermountain Capital Private Drilling Fund 1981-A, et al. | D.Utah Anderson | C84-0041A | | | 9/2/86 D | |
| A-4 | Arun V. Bidwai, et al. v. DECO Energy Private Drilling Fund 1981-I, et al. | D.Utah Winder | C84-0062W | | | 7/21/86 | |
| A-5 | Edward R. Van Vliet, et al. v. First City National Bank of Midland, et al. | W.D.Tex. Bunton | MO-84-CA-31 | 9/18/84 | 84-2081A | 4-14-86 R | |
| A-6 | First City National Bank of Midland v. Diversified Energy/Combined Capital Private Drilling Fund 1981-A, et al. | W.D.Tex. Bunton | MO-83-CA-214 | 9/18/84 | 84-2083A | 4-14-86 R | |
| A-7 | First City National Bank of Midland v. DECO Energy Private Drilling Fund 1981-II, et al. | W.D.Tex. Bunton | MO-83-CA-213 | 9/18/84 | 84-2082A | 4-14-86 R | |
| A-8 | First City National Bank of Midland v. DECO Private Drilling Fund 1981-I, et al. | W.D.Tex. Bunton | MO-83-CA-216 | 9/18/84 | 84-2080A | 4-14-86 R | |

DOCKET NO. 595 -- In re Diversified Energy Corp. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | First City National Bank of Midland v. DECO/DCA Private Drilling Fund 1982-I, et al. | W.D.Tex. Bunton | MO-83-CA-215 | 9/18/84 | 84-2081A | 4-14-86 R | |
| A-10 | First City National Bank of Midland v. Diversified Energy/Intermountain Capital Private Drilling Fund 1981-A, et al. | W.D.Tex. Bunton | MO-84-CA-14 | 9/18/84 | 84-2079A | 4-14-86 R | |
| A-11 | G. Ronald Gerbing, et al. v. First City National Bank of Midland, Texas, et al. | E.D.Cal. Schwartz | CIV-83-695MLS | 9/18/84 | | 4-14-86 R | |

July 1985 — 7 TR; 3 XYZ; 10 Pdg.
July 1986 — 7 Rem/ 3 Pdg.
July 1987 — 3 Dis — Docket Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 595 -- In re Diversified Energy Corp. Securities Litigation

---

CLYDE PEARCE
FALCON CONSTRUCTION, INC., ET AL. (A-2)
Christopher Burton, Esquire
Jones, Waldo, Holbrook & McDonough
1500 First Interstate Plaza
170 South Main Street
Salt Lake City, Utah  84101

DIVERSIFIED ENERGY/INTERMOUNTAIN CAPITAL
  PRIVATE DRILLING FUND 1981-A (A-3)
INTERMOUNTAIN CAPITAL MANAGEMENT CORP.
Stephen G. Crockett, Esquire
Rooker, Larsen, Kimball & Parr
185 South State Street
Suite 1300
Salt Lake City, Utah  84111

RONALD P. DOUGLAS (3rd Party Deft.)
LUKINS & ANNIS, P.S. (3rd Party Deft.)
G. RONALD GERBING (A-11)
EDWARD R. VAN VLIET, ET AL. (A-5)
Claude F. Bailey, Esquire
Lukins & Annis, P.S.
Suite 1600, Washington Trust Financial Cen.
Spokane, Washington  99204

FIRST CITY NATIONAL BANK OF MIDLAND
(A-6 thru A-10)
THOMAS W. ELLISON
Max Hendrick, III, Esquire
Vinson & Elkin
3026 First City Tower
Houston, Texas  77002

ARUN V. BIDWAI, ET AL. (A-4)
B. Ray Zoll, Esq.
Zoll & Branch
5231 South Green Street
Suite 205
Salt Lake City, Utah  84123

MANAGEMENT EXCHANGE CORP.
SCOTT WARNER
BYRON BRACKEN
DIVERSIFIED ENERGY COMBINED
  CAPITAL DRILLING FUND 1981-A
DECO PRIVATE DRILLING FUND, 1981-1
DECO PRIVATE DRILLING FUND, 1981-2
Jerry G. Thorn, Esquire
Olsen, Thorn & Hill
Cotton Tree Square, Suite 9-C
2230 North at University Parkway
Provo, Utah  84604

GREG HILGEMEIER
Victor G. Gleser, Esquire
Fore, Marrin, Esposito & Witmeyer
120 Wall Street
New York, New York  10005

DECO ENERGY PRIVATE DRILLING FUND 1982-1
DIVERSIFIED ENERGY CORP.
GELDER W. LEWIS
RICHARD G. JENSEN
R. Steven Chambers, Esquire
47 West 200 South
Suite 306
Salt Lake City, Utah  84101

PETREX, INC.
~~Petrex, Inc.~~                (Corresp. returned)
~~Heber M. Wells Building~~
~~Salt Lake City, Utah  84111~~

RICHARD C. LANDERMAN
Russel R. Clark, Esq.
431 South 3rd East #101
Salt Lake City, Utah  84111

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __595__ -- In re Diversified Energy Corp. Securities Litigation

---

VALLEY BANK AND TRUST CO.
Roy G. Haslam, Esquire
Biele, Haslam & Hatch
50 West Broadway
Fourth Floor
Salt Lake City, Utah  84101

DAVID COWAN & ASSOCIATES (No App. Rec'd)
David Cowan, Esquire   Corr. Return
David Cowan & Associates
1225 East Fort Union Blvd.
Midvale, Utah  84047

DAVID S. Monson
AARON BARSON
RICHARD CHAMBERS
R. STEVEN CHAMBERS
RICHARD BARSON
WILLIAM OLIVER (Authorized Agents)
See Counsel for DECO


MANAGEMENT EXCHANGE & DEVELOPMENT CORP.
ASSOCIATED ENERGY CORP.
(Unable to Determine Counsel)

JON M. JEPPSON
MATHESON, JEPPSON, GARDNER & SHARP
Carman E. Kipp, Esquire
Kipp & Christian
600 Commercial Club Bldg.
32 Exchange Place
Salt Lake City, Utah  85111

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 595 -- In re Diversified Energy Corp. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| First City National Bank of Midland, Texas | A-1, 4, 11 |
| Greg Hilgemeier | A-1, 2, 3, 4, 5, 11 |
| Fidelity Union Bank | A-1 |
| United Jersey Bank/Central | A-1 |
| Summit & Elizabeth Trust Co. | A-1 |
| First National State Bank of New Jersey | A-1 |
| First City National Bank of Midland | A-2, 3, 5 |
| Diversified Energy Corp. | A-2, 3, 7, 8, 9, 10, 11 |
| Petrex, Inc. | A-2, 3 |
| Gelder W. Lewis | A-2, 3, 11 |
| Richard G. Jensen | A-2, 3, 11 |

p. 2

| | |
|---|---|
| Richard C. Landerman | A-2, 3, 4, A-11 |
| Management Exchange Corp. | A-2, 6, 7, 8 |
| Byron L. Bracken | A-2  A-11 |
| Scott R. Warner | A-2, 4  A-11 |
| DECO Energy Private Drilling Fund 1981-I | A-4, 8 |
| DECO Energy Private Drilling Fund 1981-II | A-4, 7 |
| DECO Energy Private Drilling Fund 1982-I | A-4 |
| Clyde Pearce | A-4 |
| Bud Bracken | A-4 |
| Valley Bank & Trust Co. | A-4 |
| Diversified Energy/ Combined Capital Private Drilling Fund 1981-A | A-6 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 595--

| Name of Party | Named as Party in Following Actions |
|---|---|
| David Cowan & Associates | A-9 |
| DECO/DCA Private Drilling Fund 1982-I | A-9 |
| Diversified Energy/ Intermountain Capital Private Drilling Fund 1981-A | A-10 |
| Intermountain Capital Management Corp. | A-10 |
| Management Exchange & Development Corp. | A-11 |
| David S. Monson | A-11 |
| Aaron Barson | A-11 |
| Richard Chambers | A-11 |
| R. Steven Chambers | A-11 |
| Richard Barson | A-11 |
| William Oliver | A-11 |

X (marks David Cowan & Associates row)
Y (marks Intermountain Capital Management Corp. row)

p. _____

| | |
|---|---|
| Harold Barson | A-11 |
| Associated Energy Corp. | A-11 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |